JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, | ) Case No. 8:18-cv-01121-JLS-SK |
| Plaintiff, | ) ORDER STAYING ACTION PENDING FINAL ) SETTLEMENT, REMOVING CASE FROM |
| v. | ) ACTIVE CASELOAD, AND FILING OF ) DISMISSAL |
| TUSTIN COMMUNITY BANK, et al. | ) |
| Defendant(s). | ) |

On September 20, 2018, the parties filed a Joint Notice of Settlement (doc. 18), indicating that the case has been resolved. Based thereon, the Court hereby orders all proceedings in the case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause shown within thirty (30) days, to reopen the action if settlement is not consummated.

///

///

1 | The parties shall file a Stipulation of Dismissal no later than
2 | October 22, 2018. If no dismissal is filed, the Court deems the
3 | matter dismissed at that time.
4 |     The Court retains full jurisdiction over this action and this
5 | order shall not prejudice any party in the action.

IT IS SO ORDERED.

    DATED: September 21, 2018

**JOSEPHINE L. STATON**
_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE