# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TUSTIN COMMUNITY BANK, a business of unknown form; 13891 NEWPORT AVE., LLC, a California Limited Liability Company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:18-cv-01121-JLS-SKx<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| 1 | After consideration of the Joint Stipulation for Dismissal of the entire action |
| 2 | with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Tustin |
| 3 | Community Bank, a business of unknown form; 13891 Newport Ave., LLC, a |
| 4 | California Limited Liability Company ("Defendants"), the Court hereby enters a |
| 5 | dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its |
| 6 | entirety. Each party shall bear his or its own costs and attorneys' fees. |
| 7 | IT IS SO ORDERED. |

DATED: November 15, 2018

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT COURT JUDGE